DMB:SA
F.#2010R01420

```
                                          FILED
                                    IN CLERK'S OFFICE
                                 U.S. DISTRICT COURT E.D.N.Y.

                                 ★  SEP 0 8 2010  ★

                                    BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

QUENTIN DINGLE,

           Defendant.

- - - - - - - - - - - - - - - - -X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 10-563 (S-1)(FB)
(T. 21, U.S.C., §§
841(a)(1),
841(b)(1)(A)(iii),
841(b)(1)(B)(iii) and 846;
T. 18, U.S.C., §§ 2 and
3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
(Conspiracy to Distribute Cocaine Base)

In or about and between January 2006 and April 2009, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant QUENTIN DINGLE, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved 50 grams or more of a substance containing cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii); Title 18, United States Code, Sections 3551 et seq.)

2

## COUNT TWO
(Possession of Cocaine Base with Intent to Distribute)

On or about January 3, 2009, within the Eastern District of New York, the defendant QUENTIN DINGLE, together with others, did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved five grams or more of a substance containing cocaine base, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii); Title 18, United States Code, Sections 2 and 3551 et seq.)

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK